CASE # 07 C 5766                    1/22/10

I object to the Settlement because the voucher is worthless to us because I visited my granddaughter at the University of Wisconsin with my wife and since then our granddaughter has graduated and lives in Washington, D.C.. There is no chance in our lifetime that we will ever drive in that area. And being in our eighties we fly more than we drive.

Copies to:

✓ Clerk of the District Court
211 S. Court St.
Rockford, IL
61101

**FILED**

JAN 25 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Lance A. Raphael
The Consumer Advocacy Center, P.C,
Paul F. Markoff
Markoff Law Firm, LLC
180 W Washington St., Ste 700
Chicago, IL
60602

Thomas H. Ryerson
Maria Z. Vathis
Clausen Miller, P.C.
10 S. LaSalle St.
Chicago, IL
60602

Respectfully submitted by:

*Francis Zidwick*

Francis Zidwick
2482 Brenthaven Dr.
Bloomfield, MI
48304

248/335-4223