January 20, 2010

Subject: Armes v. Shanta Enterprise/Super 8 Settlement
Case No. 07C5766

FILED
JAN 25 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk of the District Court
211 S. Court Street
Rockford, IL 61101

I, Amos J. Pullens object to the settlement referenced above. My reason being is that **if the settlement is approved I would incur additional expenses just to drive to Rockford IL to spend several nights at super 8 motel.**

**I would prefer a _monetary settlement_ rather than a voucher.**

Sincerely,

*Amos J. Pullens*
Amos J. Pullens
25859 Mulroy
Southfield, MI 48033
Telephone
No. 248 350-2088

Cc: Lance A. Raphael The Consumer Advocacy Center, P.C.
Paul F. Markoff
Markoff Law Firm

Cc: Thomas H. Ryerson Maria Z. Vathis Clausen Miller, P.C.