IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ARMES, individually and on behalf of all others similarly situated, ) ) ) | Case No. 07 C 5766 |
| Plaintiff, ) ) | Magistrate Judge Mahoney (consent filed) |
| v. ) ) | |
| SHANTA ENTERPRISE, INC. d/b/a Super 8 Motel-Rockford, ) ) ) | |
| Defendant. ) | |

*M/M* [PROPOSED] **FINAL APPROVAL ORDER**

This matter coming before the Court on the joint request of Plaintiff, the Class Members and Defendant for final approval of the Class Action Settlement Agreement and Release ("Settlement Agreement"), and having considered the papers submitted to the Court and proceedings to date, **THE COURT FINDS AS FOLLOWS**:

1. This Court has jurisdiction over the subject matter of this Lawsuit, the Class Representative, the Class Members and Defendant;

2. Notice was sent first-class mail to Class Members on January 8, 2010;

3. The dissemination of Notice, as provided for in the Preliminary Approval Order and the Settlement Agreement, constituted the best practicable notice under the circumstances to all Class Members and fully met the requirements of Fed. R. Civ. P. 23, any and all substantive and procedural due process rights guaranteed by the United States Constitution and any other applicable law;

4. Twelve (12) persons opted out of the Settlement Agreement, as follows: Robert M. Rowland; Keith E. Stonebraker; Clarence J. Vahling; Sean Prins; Craig L. Servin; Karyl

Knecht; Daniel M. Oberholtzer; Sarangerel Gonchig; Jodi Ramer; James L. Duwell;[1] Thomas Lyle; and Jeff Schinnick (collectively, "the Excluded Persons");

5. Five (5) Class Members objected to the Settlement Agreement, but after considering the objections, the Court finds that the objections do not support denial of final approval;

6. The Settlement Agreement is fair, reasonable and adequate.

**THEREFORE, IT IS HEREBY ORDERED:**

A. That all defined terms contained herein shall have the same meanings as set forth in the Settlement Agreement;

B. That the five (5) objections are overruled;

C. That the Settlement Agreement is finally approved and the Parties shall implement it pursuant to its terms;

D. That, except as to the Excluded Persons, the Court hereby dismisses with prejudice this Lawsuit, all claims contained therein and all Released Claims against Released Parties;

E. That this Court reserves exclusive and continuing jurisdiction and venue with respect to the consummation, implementation, enforcement, construction, interpretation, performance and administration of the Settlement Agreement and Judgment;

F. That, except as otherwise provided in the Settlement Agreement or herein, the Parties are to bear their own attorneys' fees and costs;

G. That this Court bars and permanently enjoins all Class Members, which does not included the Excluded Persons, from instituting or prosecuting any action or proceeding, whether

---

[1] An exclusion request was submitted by James L. Duwell and L. Melodi Duwell. However, Defendant's records reflect that only James L. Duwell was a putative class member.

class or individual, against Defendant for liability based upon the Released Claims; and

H. That Class Counsel shall remain responsible for answering Class Members' questions and addressing any disputes through the Redemption Deadline.

_____
Honorable P. Michael Mahoney
United States Magistrate Judge

Dated: 3/29/10